P<small>INILIS</small>H<small>ALPERN</small>, LLP
Gabriel H. Halpern (GH 5395)
160 Morris Street
Morristown, New Jersey 07960
Tel. (973) 401-1111
Fax (973) 401-1114

The Vespi Law Firm
547 Union Blvd.
Totowa, New Jersey 07660
Attorneys for Plaintiff
File No. 11848

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERARD "JERRY" SPEZIALE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PORT AUTHORITY OF NEW YORK/NEW JERSEY, DAVID WILDSTEIN, ET ALS,<br><br>　　　　　Defendants. | Civil Action No. 2:14-cv-02890 JLL-JAD<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

TO:　CLERK OF UNITED STATES DISTRICT COURT
　　　FOR THE DISTRICT OF NEW JERSEY

　　　Please enter the default of Defendant David Wildstein pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for his failure to plead or otherwise defend as appears from the attached Affidavit.

　　　　　　　　　　　　　　　　　　　　　PinilisHalpern, LLP
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: October 17, 2014　　　　　　　　　By:　/s/ Gabriel H. Halpern
　　　　　　　　　　　　　　　　　　　　　　　Gabriel H. Halpern