PINILISHALPERN, LLP
Gabriel H. Halpern (GH 5395)
160 Morris Street
Morristown, New Jersey 07960
Tel. (973) 401-1111
Fax (973) 401-1114

The Vespi Law Firm
547 Union Blvd.
Totowa, New Jersey 07660
Attorneys for Plaintiff
File No. 11848

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERARD "JERRY" SPEZIALE,<br><br>      Plaintiff,<br><br>v.<br><br>PORT AUTHORITY OF NEW YORK/NEW JERSEY, DAVID WILDSTEIN, ET ALS,<br><br>      Defendants. | Civil Action No. 2:14-cv-02890 JLL-JAD<br><br>**AFFIDAVIT OF GABRIEL H. HALPERN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

State of New Jersey   )
                     ) SS:
County of Morris     )

GABRIEL H. HALPERN, being duly sworn, deposes and says:

1. I am counsel of record of Plaintiff and have personal knowledge of the facts set forth herein.

2. Service of the summons and complaint was attempted on Defendant David Wildstein by process server unsuccessfully. See copy of return of service attached as Exhibit A.

3. In July 2014, Plaintiff filed a motion for substituted service. Plaintiff's motion was granted. See copy of order for substituted service attached as Exhibit B.

4. By letter dated August 25, 2014, I served a copy of the summons and complaint on Defendant David Wildstein by regular and certified mail. See copy of letter attached as Exhibit C.

5. The certified mailing was returned to this office unclaimed, the regular mailing has never been returned. Accordingly, service has been effectuated.

6. The time within which Defendant David Wildstein is required to file an Answer has long expired. Further, Defendant Wildstein has made no application to enlarge the time in which he may respond.

7. This Affidavit is executed by affiant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling Plaintiff to obtain an entry of default against Defendant David Wildstein for failure to file an Answer to Plaintiff's Complaint.

By: _____
Gabriel H. Halpern

Sworn to and subscribed before me this 17th day of October, 2014.

_____
DANA E. WALICKY    Notary Public
A Notary Public of New Jersey
My Commission Expires March 16, 2019

# EXHIBIT A

**New Jersey Lawyers Service**
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300



JOB #    125885

---

PLAINTIFF

GERARD JERRY SPEZIALE VS. PORT AUTHORITY OF NEW YORK/NEW JERSEY, ET AL.

DEFENDANT

US DISTRICT COURT
DISTRICT OF NJ
DOCKET 2:14-CV-02890-JLL-JAD

AFFIDAVIT OF SERVICE

---

FileRef#

PINILIS HALPERN LLP
GABRIEL H. HALPERN
160 MORRIS STREET
MORRISTOWN    NJ    07960
(973) 401-1111

Papers Served: **SUMMONS, VERIFIED COMPLAINT**
ATTEMPTED MADE 5/16, 5/20 AND 5/23. THERE WAS NO RESPONSE AT THE DOOR. OBSERVED 3 CARS IN THE DRIVEWAY. LIGHTS ARE ON IN THE DRIVEWAY, DOGS BARKING INSIDE. SOMEONE IS HEARD INSIDE QUIETING THE DOGS, HOWEVER, THEY ARE REFUSING TO ANSWER THE DOOR.

---

Person served at location stated:
**DAVID WILDSTEIN**
9 ROCHON CT.
MONTVILLE NJ 07045

Served Successfully ☐    Not Served ☑    Date 5/23/2014    Time 7:55 PM

Attempts: _____

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member over 14 years of age residing therein (indicate name _ relationship at right)

Name of Person Served and relationship/title:

_____
NOT SERVED

___ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(indicate name _official title at right)

Description of Person Accepting Service:

Sex:        Age:        Weight:        Skin Color:        Hair Color:

Military Service I asked the person whether recipient was in active military service of the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this
2 day of JUNE 2014

I    LINDA WILCZYNSKI   , at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

JESSICA PETERSON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 11, 2018

125885

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 5/23/14 |
| NAME OF SERVER (PRINT) Linda Wilczynski | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Attempted 5/16, 5/20, & 5/23 No response at the door. Dogs barking inside. Someone inside is quieting the dogs, but there is no response at the door.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/23/14
           Date

Signature of Server: Linda Wilczynski

Address of Server:

NEW JERSEY LAWYERS SERVICE
2333 U.S. Route 22 West
Post Office Box 36
Union, New Jersey 07083

# EXHIBIT B

Case 2:14-cv-02890-MCA-LDW Document 17-1 Filed 10/20/14 Page 7 of 9 PageID: 64
Case 2:14-cv-02890-JLL-JAD Document 14 Filed 08/06/14 Page 1 of 1 PageID: 53
Case 2:14-cv-02890-JLL-JAD Document 11-2 Filed 07/03/14 Page 1 of 1 PageID: 41

PINILISHALPERN, LLP
Gabriel H. Halpern (GH 5395)
160 Morris Street
Morristown, New Jersey 07960
Tel. (973) 401-1111
Fax (973) 401-1114

The Vespi Law Firm
547 Union Blvd.
Totowa, New Jersey 07660
Attorneys for Plaintiff
File No. 11848

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERARD "JERRY" SPEZIALE,<br><br>Plaintiff,<br><br>v.<br><br>PORT AUTHORITY OF NEW YORK/NEW JERSEY, DAVID WILDSTEIN, ET ALS,<br><br>Defendants. | Civil Action No. 2:14-cv-02890 JLL-JAD<br><br>**ORDER FOR SUBSTITUTED SERVICE** |

This matter having been presented to the Court on motion filed by Gabriel H. Halpern counsel for Plaintiff, and the Court having considered the documents submitted and the argument of counsel, and good cause appearing,

IT IS on this 6th day of August, 2014,

ORDERED as follows:

1. Plaintiff may serve a Summons and copy of the "filed" Complaint and Civil Case Cover Sheet in this matter upon the Defendant, David Wildstein by forwarding same simultaneously via regular and certified mail, return receipt requested.

SO ORDERED:

_____
Hon. Joseph A. Dickson
United States Magistrate Judge

# EXHIBIT C



Gabriel H. Halpern
ghalpern@PinilisHalpern.com
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

August 25, 2014

**VIA REG. & CERT. MAIL, R/R/R**

David Wildstein
9 Rochon Court
Montville, New Jersey 07045

    Re:    Gerard "Jerry" Speziale v. Port Authority of NY/NJ, et al
           Civil Action No. 2:14-cv-02890 JLL JAD
           File No. 11848

Dear Mr. Wildstein:

    Per the attached Order, served on you herewith please find the following:

1. Summons;
2. Complaint and Civil Cover Sheet.

    Very truly yours,

FILE COPY

DANA E. WALICKY
Assistant to Gabriel H. Halpern

:dew
Enclosures