# Law Offices of Alan L. Zegas

552 Main Street
Chatham, New Jersey 07928

phone:  973-701-7080
fax:     973-701-7081

Alan L. Zegas (NJ and NY Bars)
Judson L. Hand (NJ, E.D.N.Y. and S.D.N.Y. Bars)
Stephanie G. Forbes (NJ and PA Bars)

website: www.zegaslaw.com
jhand@zegaslaw.com

December 10, 2014

<u>Via E-File</u>
Hon. Joseph A. Dickson, U.S.M.J.
Martin Luther King Jr. Federal Building
 & Courthouse
50 Walnut Street
2nd Floor
Newark, New Jersey  07102

Re: <u>Speziale v. Port Authority of NY/NJ, et al.</u>
    **Civil Action No.: 2:14-cv-02890 (JLL) (JAD)**

Dear Judge Dickson:

    This firm represents Defendant, David Wildstein, in the above matter.  I am writing to request an extension until January 14, 2015, to file an answer on behalf of Defendant.  Presently, our answer is due on December 14, 2014.

    I am making this request for several reasons.  First, I have been sick for several weeks with bronchitis.  As I have not been able to fully recuperate, I went to see my doctor on December 8, 2014, and was out of the office the majority of the day.  In addition, I had a complex, all-day mediation on December 9, 2014, on an Essex County case, <u>Meyers v. Picardo, et al</u>, for which I also had to prepare.  I am also in the process of preparing a petition for rehearing in <u>D'Amico v. Balicki, et al.</u>, which is due on December 29, 2014.

    My office contacted Gabriel Halpern, Esq., and he has kindly given his consent to this request.

    Thank you for your consideration.  Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,
Law Offices of Alan L. Zegas

By: _____
    Judson L. Hand

JLH/lm
cc: Gabriel Halpern, Esq. (Via E-File)
    Cheryl Nancy Alterman, Esq. (Via E-File)